In the Matter of William P. Brown and Others, for the Removal From Office of Charles E. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry.— Order of reference to David F. Manning, Esq. Present — Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of John Middleton for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of John C. Myers for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas and Carr, JJ.

Frank Earle Parham, as Assignee, etc., Appellant, v. Edward Burns, Individually, etc., and Others, Respondents.— Motion to resettle order granted. Present — Jenks, Burr, Thomas and Carr, JJ.

Rosalia Rosenblum, Respondent, v. Leonard H. Wood, Appellant.— Motion denied, without costs, and stay of execution granted for ten days. Present — Jenks, Burr, Thomas and Carr, JJ.

Leo Yampolsky, Respondent, v. Fulton Metal Company, Appellant.— Motion to resettle order granted. Present — Jenks, Burr, Thomas and Carr, JJ.